**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronnie Lovelle Joseph,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>    Defendants. | CV06-1703-PHX-SMM (MHB)<br><br>**ORDER** |

Defendants' Motion for Summary Judgment (Doc. #25) is now ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to Defendants' Motion for Summary Judgment (Doc. #25). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 11th day of October, 2007.

Stephen M. McNamee
United States District Judge