**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronnie Lovelle Joseph, | ) | CV06-1703-PHX-SMM (MHB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Defendants filed a Motion for Summary Judgment on August 23, 2007 (Doc. #25). Pursuant to court order, Plaintiff was to file a response to Defendants' motion no later than September 24, 2007 (Doc. #27). That order warned Plaintiff that failure to respond could be treated as a consent to the granting of Defendants' motion. See LRCiv 7.2(i). Plaintiff failed to respond by the deadline. Accordingly,

**IT IS HEREBY ORDERED** granting Defendants' Motion for Summary Judgment (Doc. #25).

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment for Defendants. Plaintiff shall take nothing by this action, and the matter is terminated.

DATED this 18th day of October, 2007.

Stephen M. McNamee
United States District Judge